# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBYNE ALEXANDER, an individual, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 1:20-cv-03170-AT-CMS |
| v. | ) NOTICE OF SETTLEMENT |
| PORTFOLIO RECOVERY ASSOCIATES LLC, a Delaware Limited Liability Company; WEBER & OLCESE P.L.C. LLC, a Michigan Professional Limited Liability Company, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff and hereby informs the Court that the parties have settled this matter as to all claims by Plaintiff against all Defendants. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents and Plaintiff therefore requests thirty (30) days for the finalizing of said settlement documents and for the filing of a dismissal with the Court.

Respectfully submitted this 29 September 2020.

/s/ John William Nelson
John William Nelson
State Bar No. 920108
*Attorney for Plaintiff*

1

              The Nelson Law Chambers LLC
              2180 Satellite Blvd, Suite 400
              Duluth, Georgia 30097
              Ph. 404.348.4462
              Fax. 404.549.6765

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing NOTICE OF SETTLEMENT was prepared on a computer, using Times New Roman 14-point font.

**DATED:**   <u>29 September 2020</u>.

<u>/s/ John William Nelson</u>
John William Nelson
State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.  404.549.6765

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBYNE ALEXANDER, an individual, | ) ) ) ) |
| Plaintiff, | ) **Case No.: 1:20-cv-03170-AT-CMS** ) |
| v. | ) **CERTIFICATE OF SERVICE** ) ) |
| PORTFOLIO RECOVERY ASSOCIATES LLC, a Delaware Limited Liability Company; WEBER & OLCESE P.L.C. LLC, a Michigan Professional Limited Liability Company, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that the undersigned provided NOTICE OF SETTLEMENT using electronic mail to the following attorneys for the following parties:

    Charity Olson
    colson@olsonlawpc.com
    **FOR:** All Defendants

Respectfully submitted this **29 September 2020**.

                                   **THE NELSON LAW CHAMBERS, LLC**

                                   /s/ John William Nelson
                                   John William Nelson
                                   State Bar No. 920108
                                   *Attorney for Plaintiff*

2

                        The Nelson Law Chambers LLC
                        2180 Satellite Blvd, Suite 400
                        Duluth, Georgia 30097
                        Ph.    404.348.4462
                        Fax.   404.549.6765

2