# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBYNE ALEXANDER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES LLC, a Delaware Limited Liability Company; WEBER & OLCESE P.L.C. LLC, a Michigan Professional Limited Liability Company, <br><br> Defendants. | Case No.: 1:20-cv-03170-AT-CMS <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through Plaintiff's counsel of record, hereby gives notice of the voluntary dismissal of all claims in the above-captioned action <u>with prejudice</u>.

**Respectfully Submitted 13 November 2020.**

**THE NELSON LAW CHAMBERS, LLC**

By:   /s/ John William Nelson
      John William Nelson
      Georgia Bar No. 920108

      The Nelson Law Chambers LLC
      2180 Satellite Blvd, Suite 400
      Duluth, Georgia 30097

1

Telephone: (404) 348-4462
Facsimile: (404) 549-6765
john@nelsonchambers.com

*Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B).  The foregoing NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) was prepared on a computer, using Times New Roman 14-point font.

**DATED:**     <u>13 November 2020</u>.

>/s/ John William Nelson
>John William Nelson
>State Bar No. 920108
>
>*Attorney for Plaintiff*
>
>The Nelson Law Chambers LLC
>2180 Satellite Blvd, Suite 400
>Duluth, Georgia 30097
>Ph.    404.348.4462
>Fax.   404.549.6765

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBYNE ALEXANDER, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Case No.: 1:20-cv-03170-AT-CMS** |
| v. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES LLC, a Delaware Limited ) | |
| Liability Company; WEBER & OLCESE ) | |
| P.L.C. LLC, a Michigan Professional ) | |
| Limited Liability Company, ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that the undersigned provided this **NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** using electronic mail to the following attorneys for the following parties:

    Charity Olson
    colson@olsonlawpc.com
    **FOR:** All Defendants

Respectfully submitted this **13 November 2020**.

                                      **THE NELSON LAW CHAMBERS, LLC**

                                      /s/ John William Nelson
                                      John William Nelson
                                      State Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.    404.348.4462
Fax.   404.549.6765